UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON C. BROWN, JR.,  | No. C 13-5573 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TIM-A-VARGA, | |
| Respondent. / | |

This action is dismissed for failure to state a claim upon which habeas relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 3, 2014

SUSAN ILLSTON
United States District Judge